USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VIRGINIA RUIZ, et al.,

Plaintiffs,

-against-

MT. SINAI HEALTH SYSTEM, INC., et al.,

Defendants.

----------------------------------------------------------------X

26-CV-01754 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 29, 2026, the parties appeared for an Initial Pretrial Conference, during which counsel jointly requested a stay of formal proceedings while the parties proceed with mediation.

Accordingly, this action, including all deadlines and appearances, is STAYED through Thursday, December 31, 2026. The parties may proceed with informal discovery in furtherance of settlement negotiations and are directed to meet and confer to resolve disputes. The parties may seek the Court's assistance in resolving informal discovery disputes by filing a letter on the docket. Lastly, the parties are ORDERED to file a status letter by Friday, January 8, 2027.

The Clerk of Court is respectfully requested to withdraw the referral at ECF No. 9.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 29, 2026
New York, New York